# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v** | **:** | **3:CR-15-0214** |
| **JORDAN CAPONE** | **:** | **(Judge Mannion)** |
| | **:** | |
| **Defendant** | | |

## O R D E R

Based on the foregoing memorandum, defendant Capone's motion to dismiss Counts 8-11 of the Second Superseding Indictment, (Doc. 593), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 5, 2018**