# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3:CR-15-214 |
| v | : | (Judge Mannion) |
| | : | |
| **JORDAN CAPONE,** | : | |
| | : | |
| Defendant | : | |

# O R D E R

Based on the foregoing memorandum, the motion to quash defendant Capone's subpoenas filed by Judge Worthington and Bernard Sikorski, **(Doc. 731)**, is **GRANTED IN PART** and **DENIED IN PART**. The motion to quash Capone's subpoenas is **GRANTED** to the extent that the subpoenas seek Judge Worthington's and Sikorski's appearance and testimony at Capone's federal criminal trial. Judge Worthington's motion to quash Capone's subpoena for the Judge to produce the transcript of Patishnock's Monroe County grand jury testimony given on or about April 29, 2014 is **GRANTED** as well. As represented to the court, the government will produce the stated transcript to Capone's counsel as Jencks Act material at the appropriate time. Sikorski's motion to quash Capone's subpoena for the production of Capone's juvenile court records, including the dates and places when she was in juvenile detention from 2010 through 2012, is **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED**, only to the extent that the court

directs Sikorski to produce, on or before January 18, 2019, the records reflecting the dates that Capone was in juvenile detention between 2010 and 2012. Sikorski's motion to quash Capone's subpoena for the production of the remaining portions of her juvenile court records is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 4, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-0214-08-Order.wpd